IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

SHERYL TAYLOR,                  )
                                )
    Plaintiff,                  )
                                )
                                )
vs.                             )    No. 12-2467-JDT/tmp
                                )
MEMPHIS AREA LEGAL SERVICES,    )
INC., et al.,                   )
                                )
    Defendants.                 )

_____

**REPORT AND RECOMMENDATION**
_____

On June 7, 2013, the District Judge entered an order adopting the undersigned Magistrate Judge's report and recommendation on defendants' Joint Motion to Dismiss Pursuant to Fed. R. Civ. P. 37 and 41. (ECF No. 133.) The June 7 order sanctioned plaintiff Sheryl Taylor by requiring her to pay the costs charged by the court reporter and videographer relating to her February 21, 2013 deposition. The order directed the defendants to file a declaration from counsel with supporting invoices showing the costs charged by the court reporter and videographer. On June 14, 2013, defendants' counsel filed a joint declaration, setting forth court reporter charges totaling $230.36 and videographer charges in the amount of $272.74, for a combined total of $503.10. (ECF No. 135.) Counsel for defendants attached the invoices for these services to their joint declaration. The court finds that these charges are

fair and reasonable for the services performed.  Therefore, it is recommended that Sheryl Taylor be ordered to pay the defendants a total of $503.10 in expenses.

Respectfully submitted,

s/ Tu M. Pham
TU M. PHAM
United States Magistrate Judge

June 23, 2013
Date

**NOTICE**

**WITHIN FOURTEEN (14) DAYS AFTER BEING SERVED WITH A COPY OF THIS REPORT AND RECOMMENDED DISPOSITION, A PARTY MAY SERVE AND FILE WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS AND RECOMMENDATIONS. A PARTY MAY RESPOND TO ANOTHER PARTY'S OBJECTIONS WITHIN FOURTEEN (14) DAYS AFTER BEING SERVED WITH A COPY.  FED. R. CIV. P. 72(b)(2).  FAILURE TO FILE OBJECTIONS WITHIN FOURTEEN (14) DAYS MAY CONSTITUTE A WAIVER OF OBJECTIONS, EXCEPTIONS, AND FURTHER APPEAL.**